UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80773

H.H., individually and on behalf of all others
similarly situated; and V.G., individually and on
behalf of all others similarly situated,

    Plaintiffs,

v.

AETNA INSURANCE COMPANY,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*. On December 12, 2018, I issued an Order granting Defendant Aetna Insurance Company's Motion to Dismiss. (DE 49). Plaintiffs' Complaint was dismissed without prejudice, and Plaintiffs had until December 19, 2018 to amend their Complaint. Plaintiffs have not filed an amended complaint or requested an extension of such deadline. In light of the previous Order, it is hereby **ORDERED AND ADJUDGED** that

    (1) The above-styled action is **DISMISSED WITHOUT PREJUDICE.**

    (2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 16 day of January, 2019.

                                                    DONALD M. MIDDLEBROOKS
                                                    UNITED STATES DISTRICT JUDGE

Cc:    Counsel of record